**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEWONE TYRONE SMITH,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>　　　　　Respondent. | Case No. CV 19-10-SVW (SP)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has not filed any written Objections to the Report within the time permitted. The Court accepts the findings and recommendation of the Magistrate Judge.

//

//

//

//

//

1    IT IS THEREFORE ORDERED that petitioner's Motion to Have Respondent Dismiss Superior Court Case (docket no. 11) is denied, respondent's Motion to Dismiss (docket no. 14) is granted, and Judgment will be entered denying the Petition and dismissing Grounds Two, Three, Four, Five, and Seven without prejudice, and Grounds One, Six, and Eight with prejudice.

DATED:   September 27, 2019

HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE