JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEWONE TYRONE SMITH, | Case No. CV 19-10-SVW (SP) |
| Petitioner, | |
| v. | **JUDGMENT** |
| PEOPLE OF THE STATE OF CALIFORNIA, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and Grounds Two, Three, Four, Five, and Seven are dismissed without prejudice, and Grounds One, Six, and Eight are dismissed with prejudice.

Dated: September 27, 2019

_____
HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE